## ORDER

PER CURIAM:

The order of Superior Court is reversed and the case is remanded to the Court of Common Pleas of Lawrence County for further proceedings. See *Bensalem Township School District v. Commonwealth of Pennsylvania*, 518 Pa. 581, 544 A.2d 1318 (1988).

LARSEN and PAPADAKOS, JJ., dissent.

570 A.2d 508

**Ann and Craig BARTHOLOMEW, on behalf of their son, Jonathan BARTHOLOMEW, and the League of Women Voters of Pennsylvania, on behalf of its Members**

**v.**

**Constance B. FOSTER, in her official capacity as Commissioner of the Pennsylvania Insurance Department.**

**Appeal of INSURANCE FEDERATION OF PA., INC. at No. 17, Anne Grahn at No. 18, State Farm Mutual Automobile Insurance Co. at No. 19, Nationwide Mutual Insurance Co. at No. 20, Erie Insurance Group at No. 21.**

Supreme Court of Pennsylvania.

Feb. 26, 1990.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

AND NOW, this 26th day of February, 1990, the Application for Reconsideration is denied.

---

570 A.2d 508

**William SLADE, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 14, 1989.

Decided March 2, 1990.

Thomas D. Sutton, Philadelphia, for appellant.

David Wilderman, Richard Markowitz, for amicus—AFL–CIO.

Jordan Rossen, Richard W. McHugh, for amicus—International Union, UAW.

Clifford Blaze, and Maribeth Wilt Seibert, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.